**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

In the Matter of the Search of Facebook )
Account AUSTINKRISSYLESTERHINSLEY )
Which is Stored at the Premises Controlled by )
Meta Platforms, Inc. )
)

Case No. 3:22-mj-521

**ORDER**

The government requests to seal the case, stating an ongoing criminal investigation could be jeopardized if the case were unsealed. For good cause shown, the request to seal the case is **GRANTED**. The case shall remain sealed until September 12, 2023.

**IT IS SO ORDERED**.

Dated this 12th day of September, 2022.

/s/ Alice R. Senechal
Alice R. Senechal
United States Magistrate Judge